Jim McGowan v. The State.

No. 8253. Decided May 7, 1924.

**Selling Intoxicating Liquor—Sufficiency of the Evidence.**

Where upon trial of unlawfully selling intoxicating liquor, the evidence was sufficient to sustain the verdict under a proper charge of the court, the conviction is sustained.

· Appeal from the District Court of Polk. Tried below before the Honorable H. L. Manry.

Appeal from a conviction of unlawfully selling intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

Tom Garrard, Attorney for the State and Grover C. Morris, Assistant Attorney for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The State's witness Coker testified that in February, 1922, he purchased from the appellant a pint of liquor. There is no testimony controverting this fact. The case was tried upon a plea of guilty. There is nothing in the record attacking the sanity of the accused or otherwise calling in question the propriety of accepting the plea. The charge of the court, the verdict and judgment are regular. The evidence is sufficient to support the verdict.

The judgment is affirmed.

*Affirmed.*